

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2015

No. 04-15-00113-CR

Joshua Gabriel **GOFF**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-088
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

On June 8, 2015, Appellant's court-appointed counsel filed an *Anders* brief and a motion to withdraw from this appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967); *High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). In counsel's brief and motion, Appellant's counsel explained that he took the following steps:

(1)    notified Appellant that counsel filed an *Anders* brief and a motion to withdraw, and provided Appellant with a copy of the documents;

(2)    advised Appellant of his right to review the appellate record and file a pro se brief; and

(3)    provided Appellant with a copy of the clerk's and reporter's records.

*See Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014); *Ex parte Owens*, 206 S.W.3d 670, 674 n.28 (Tex. Crim. App. 2006); *Meza v. State*, 206 S.W.3d 684, 688–89 (Tex. Crim. App. 2006).

The State filed a letter conditionally waiving its right to file a brief.

If Appellant desires to file a pro se brief, we ORDER Appellant to do so **within thirty days of the date of this order**. *See* TEX. R. APP. P. 38.6(a). If Appellant files a pro se brief, the State may file a responsive brief not later than thirty days after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

After all briefing is completed, this court will issue an opinion and judgment that disposes of the appeal. If, in the issued opinion, this court determines that Appellant's appeal is frivolous, Appellant has a right to file a pro se petition for discretionary review with the Texas Court of Criminal Appeals. *See Kelly*, 436 S.W.3d at 319. Appellant may file the petition by writing to the Clerk of the Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711-2308.

Counsel's motion to withdraw is **held in abeyance** pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2015.

_____
Keith E. Hottle
Clerk of Court